UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | CAUSE NO. 3:05-CR-66 (01)RM |
| ) | |
| TANNER LEE HICKMAN ) | |

ORDER

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty issued on May 15, 2008 [Doc. No. 25]. Accordingly, the court now ADOPTS those findings and recommendations, ACCEPTS defendant Tanner Lee Hickman's plea of guilty, and FINDS the defendant guilty of Count 2 of the Indictment, a violation of 18 U.S.C. § 922(n).

SO ORDERED.

ENTERED:  June 3, 2008

/s/ Robert L. Miller, Jr.
Chief Judge
United States District Court